ment against them, which constituted an appearance by them as litigants, and it was not necessary to issue and serve further process. This being a retrial of the case following a reversal on appeal, the appellants were before the trial court for all purposes. Therefore, it had jurisdiction to render the final judgment. Bonanza, Inc. v. Lee, Tex.Civ.App., 337 S.W.2d 437; Western Guaranty Loan Co. v. Dean, Tex.Civ. App., 309 S.W.2d 857.

The judgment is affirmed.

Appellants having superseded the judgment by supersedeas bond, judgment is rendered against the sureties on said supersedeas bond for the performance of the judgment herein affirmed.

Opinion approved by the Court.

### Rufus Martin EAGLE DEER et al., Appellants,

v.

### STATE of Texas, Appellee.

### No. 33788.

Court of Criminal Appeals of Texas.

Nov. 29, 1961.

See also 341 S.W.2d 921.

P. P. Ballowe, Dallas, for appellant.

Henry Wade, Dist. Atty., James M. Williamson, Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

This is an appeal from a final judgment entered against the appellants in a bond forfeiture proceeding.

The disposition hereof is controlled by the decision in Blue et al. v. State, No. 33,787, this day decided, 351 S.W.2d 221.

The judgment is affirmed.

Appellants having superseded the judgment by supersedeas bond, judgment is rendered against the sureties on said supersedeas bond for the performance of the judgment herein affirmed.

Opinion approved by the Court.

### Ontress Alfred PARR, Jr. et al., Appellants,

v.

### STATE of Texas, Appellee.

### No. 33789.

Court of Criminal Appeals of Texas.

Nov. 29, 1961.

See also 341 S.W.2d 922.

P. P. Ballowe, Dallas, for appellant.

Henry Wade, Dist. Atty., James M. Williamson, Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

This is an appeal from a final judgment entered against the appellants in a bond forfeiture proceeding.

The disposition hereof is controlled by the decision in Blue et al. v. State, No. 33,787, this day decided, 351 S.W.2d 221.

The judgment is affirmed.

Appellants having superseded the judgment by supersedeas bond, judgment is rendered against the sureties on said supersedeas bond for the performance of the judgment herein affirmed.

Opinion approved by the Court.

Willie Henry THOMAS et al., Appellants,

v.

STATE of Texas, Appellee.

No. 33790.

Court of Criminal Appeals of Texas.

Nov. 29, 1961.

See also 341 S.W.2d 920.

P. P. Ballowe, Dallas, for appellant.

Henry Wade, Dist. Atty., James M. Williamson, Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

This is an appeal from a final judgment entered against the appellants in a bond forfeiture proceeding.

The disposition hereof is controlled by the decision in Blue et al. v. State, No. 33,787, this day decided, 351 S.W.2d 221.

The judgment is affirmed.

Appellants having superseded the judgment by supersedeas bond, judgment is rendered against the sureties on said supersedeas bond for the performance of the judgment herein affirmed.

Opinion approved by the Court.

Robert Charles PASSMORE et al.

v.

STATE of Texas, Appellee.

No. 33784.

Court of Criminal Appeals of Texas.

Nov. 29, 1961.

P. P. Ballowe, Dallas, for appellant.

Henry Wade, Dist. Atty., and James M. Williamson, Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

DICE, Commissioner.

This is an appeal by E. Colley Sullivan, as surety upon the appearance bond of Robert Charles Passmore, from a final judgment of County Criminal Court No. 2 of Dallas County, forfeiting said bond.